# Court of Appeals
# of the State of Georgia

ATLANTA, September 21, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0014.  BERNICE KEITH PARKER v. ERAINE J. PARKER.**

Bernice Keith Parker ("Mr. Parker") has filed a motion for extension of time to file a discretionary application from the trial court's August 23, 2023 order. The motion is hereby GRANTED. Mr. Parker shall have until October 16, 2023, to file a discretionary application with this Court.

Mr. Parker is directed to include a copy of this order in the application materials when he files his discretionary application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/21/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*